IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DEANTE GHOLSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:17-CV-479 (MTT) |
| | ) | |
| WILLIAM POWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After screening Plaintiff Deante Gholston's complaint pursuant to 28 U.S.C. § 1915A, United States Magistrate Judge Charles H. Weigle allowed the Plaintiff's religious freedom claims against the Defendants to proceed for further factual development. Doc. 14 at 1. The Magistrate Judge also recommends denying the Plaintiff's Motion for a Temporary Restraining Order. *Id.* The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. Thus, the Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's Motion for a Temporary Restraining Order (Doc. 9) is **DENIED**.

**SO ORDERED**, this 20th day of June, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT