IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEONTE GHOLSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:17-cv-479 (MTT) ) ) |
| WILLIAM POWELL, *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

On March 3, 2022, Plaintiff Deonte Gholston filed a motion to dismiss his complaint. Doc. 63. Because Defendants Muhammad, Powell, and Smith had already responded to Gholson's complaint, United States Magistrate Judge Charles H. Weigle ordered them to respond to Gholston's motion to dismiss.[1] Doc. 64. Defendants Muhammad, Powell, and Smith do not oppose Gholston's motion. As all appearing parties consent to dismissal, the complaint (Doc. 1) is **DISMISSED without prejudice.**

**SO ORDERED,** this 10th day of May, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] There is another named defendant in this case, Defendant Miller, who was not served, never responded to the complaint, and never otherwise made an appearance in this case.